B21 (Official Form 21) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re: Zerang, Paul                                              ,  )
[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]  )
)                            Case No. _____
)
Debtor )                      Chapter **7**
)
Address: 303 Parkview Rd. )
          Glenview, IL 60025 )
)
Employer's Tax Identification (EIN) No(s). [if any]: _____ )
Last four digits of Social-Security or Individual Tax- )
Payer-Identification (ITIN) No(s).,(if any): **3787** )

## STATEMENT OF SOCIAL SECURITY NUMBER(S)
*(or other Individual Taxpayer-Identification Number(s) (ITIN(s)))*

1. Name of Debtor (enter Last, First, Middle): **Zerang, Paul**
(Check the appropriate box and, if applicable, provide the required information.)

☑ Debtor has a Social Security Number and it is: **3 3 4 - 6 8 - 3 7 8 7**
    *(If more than one, state all.)*

☐ Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification Number (ITIN), and it is: ___ ___ ___ - ___ ___ - ___ ___ ___ ___
    *(If more than one, state all.)*

☐ Debtor does not have a Social Security Number or an Individual Taxpayer-Identification Number (ITIN).

2. Name of Joint Debtor (enter Last, First, Middle): _____
(Check the appropriate box and, if applicable, provide the required information.)

☐ Joint Debtor has a Social Security Number and it is: ___ ___ ___ - ___ ___ - ___ ___ ___ ___
    *(If more than one, state all.)*

☐ Joint Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification Number (ITIN), and it is: ___ ___ ___ - ___ ___ - ___ ___ ___ ___
    *(If more than one, state all.)*

☐ Joint Debtor does not have a Social Security Number or an Individual Taxpayer-Identification Number (ITIN).

I declare under penalty of perjury that the foregoing is true and correct.

X  /s/ Paul Zerang                                    3-6-08
   Signature of Debtor                                Date

X  _____                  _____
   Signature of Joint Debtor                          Date

---

\* *Joint debtors must provide information for both spouses.*
Penalty for making a false statement: Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §§ 152 and 3571.